# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RAVEN SYMONE MCDONALD,**

    Petitioner,

                                        Civil Action: 2:19-cv-5312
                                        Crim Action: 2:18-cr-67

    vs.                              Judge James L. Graham
                                        Magistrate Judge Chelsey M. Vascura

**UNITED STATES OF AMERICA,**

    Respondent.

## TRANSFER ORDER

With the consent of both of them, the reference in the above-captioned case is transferred from Magistrate Judge Chelsey M. Vascura to Magistrate Judge Michael R. Merz.

**IT IS SO ORDERED.**

                                                              */s/ Chelsey M. Vascura*
                                                              **CHELSEY M. VASCURA**
                                                              **UNITED STATES MAGISTRATE JUDGE**